IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KWASI MCKINNEY**
**ADC #137065**                                                  **PLAINTIFF**

v.                      No. 4:22-cv-811-DPM

**DEXTER PAYNE, Director, ADC**             **DEFENDANT**

### ORDER

1.      Motion for copies, *Doc. 16*, granted. I direct the Clerk to send a copy of the docket sheet to McKinney.

2.      This case was reassigned to my docket in April. Magistrate Judge Volpe has recommended that I dismiss McKinney's § 2254 petition. McKinney has objected to the recommendation and filed several motions. I intend to rule on all pending matters in the coming weeks.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 June 2023