# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KWASI MCKINNEY**                                                                    **PETITIONER**
**ADC #137065**

**v.**                                    **No. 4:22-cv-811-DPM**

**DEXTER PAYNE, Director, ADC**                                    **RESPONDENT**

### JUDGMENT

McKinney's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2023