IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KWASI MCKINNEY                                                          PETITIONER
ADC #137065

v.                          No. 4:22-cv-811-DPM

DEXTER PAYNE, Director, ADC                                      RESPONDENT

### ORDER

Motion, *Doc. 39*, denied. The Court previously denied McKinney's motion for a certificate of appealability.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2023