# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KWASI MCKINNEY**
**ADC #137065**                                                                **PLAINTIFF**

v.                              No. 4:22-cv-811-DPM

**DEXTER PAYNE, Director, ADC**                              **DEFENDANT**

## ORDER

Motion, *Doc. 48*, granted. The Court directs the Clerk to send a copy of the docket sheet to McKinney.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 May 2024