# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KWASI MCKINNEY**  
**ADC #137065**                                                               **PETITIONER**

v.                              No. 4:22-cv-811-DPM

**DEXTER PAYNE, Director, ADC**                          **RESPONDENT**

## ORDER

McKinney's Rule 60 motion, *Doc. 50*, is denied. He says that the Court should excuse his procedural default. But the Court did not dismiss his petition on that ground. Rather, the Court dismissed his petition as untimely.

McKinney's other motions, *Doc. 51 & 52*, are denied, too. He was already allowed to proceed *in forma pauperis* before this Court. *Doc. 3*. His other motion is frivolous.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

30 August 2024